**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
R. Derek Classen, Esq. (Bar No. 162805)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
dsclassen@prindlelaw.com
TARG-0469
Attorneys for Defendant, TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARTHA SUSANA ABREGO, <br><br> Plaintiff, <br><br> v. <br><br> TARGET CORPORATION; and DOES 1 TO 100, Inclusive, <br><br> Defendants. | CASE NO.: 2:19-cv-08212 PA (SSx) <br><br> [~~PROPOSED~~] ORDER TO REMAND CASE TO STATE COURT |

Based upon the stipulation of the parties, the case is hereby remanded to State Court for the State of California, County of Los Angeles, Central District.

IT IS SO ORDERED:

Dated: October 19, 2019

_____
JUDGE PERCY ANDERSON